IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PAUL TANNELLO | : | CIVIL ACTION |
| v. | : | |
| NANCY GIROUX, et al. | : | NO. 14-5542 |

**FILED**
APR 3 0 2015
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

### ORDER

AND NOW, this 29 day of April, 2015, upon careful and independent consideration of the pleadings and record herein, and after review of the Report and Recommendation of Thomas J. Rueter, United States Magistrate Judge, it is hereby

**ORDERED**

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The petition for a writ of habeas corpus is **DISMISSED**; and

3. A certificate of appealability is <u>not</u> granted.

BY THE COURT:

_____
L. FELIPE RESTREPO,      J.

**ENTERED**
MAY 0 1 2015
CLERK OF COURT